E-FILED
Thursday, 04 February, 2016 01:50:58 PM
Clerk, U.S. District Court, ILCD

FILED
FEB - 4 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 16-CR-200<sup>06</sup>___ |
| ) | |
| KARI K. MARKSTEINER, ) | Title 21, United States Code, |
| ) | Section 843(a)(3) |
| Defendant. ) | |

INDICTMENT

**COUNT 1**
(Obtaining Hydrocodone by Fraud)

THE GRAND JURY CHARGES:

1. From on or about December 23, 2011, to on or about August 12, 2014, in Kankakee County, in the Central District of Illinois,

**KARI K. MARKSTEINER,**

defendant herein, knowingly and intentionally devised a scheme to acquire and obtain possession of hydrocodone, then a Schedule III controlled substance, by misrepresentation, fraud, deception, and subterfuge.

2. Beginning around 2011, the defendant was employed as a medical assistant by a physician located in Kankakee, Illinois. As part of her duties, she was authorized to order controlled substances needed for a legitimate medical purpose by the physician acting in the usual course of his professional practice. The defendant ordered these controlled substances -- almost exclusively Phentermine -- from pharmaceutical companies using the physician's DEA registration number.

3. During the period of her employment, the physician never required her or authorized her to order hydrocodone for any legitimate medical purpose.

4. Nonetheless, from December 23, 2011, to August 12, 2014, the defendant used the physician's DEA registration number and the office credit card to order approximately 26,600 tablets of hydrocodone bitartrate with acetaminophen (10/325 mg) from a pharmaceutical company without the physician's knowledge or consent. The hydrocodone was not needed by the physician for a legitimate medical purpose. Instead, the defendant diverted the hydrocodone tablets for her own use and benefit.

5. On or about August 12, 2014, in Kankakee County, in the Central District of Illinois, and elsewhere,

**KARI K. MARKSTEINER,**

defendant herein, knowingly and intentionally acquired and obtained possession of hydrocodone, then a Schedule III controlled substance, by misrepresentation, fraud, deception, and subterfuge, namely, the defendant used the DEA registration number and credit card number of a physician without his knowledge or permission to purchase 1,000 tablets containing hydrocodone.

In violation of Title 21, United States Code, Section 843(a)(3).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/John Childress

JAMES A. LEWIS
United States Attorney
ELM