AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

United States of America
v.
Kari K. Marksteiner

**EXHIBIT AND WITNESS LIST**

Case Number: 16-20006

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Eric I. Long | Eugene Miller | William Galati |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3-14-16 | LR-B | SR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 3-14-16 | X | X | Mayo Clinic letter dated 3-10-16 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages